UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION and STATE OF WASHINGTON,

   Plaintiffs,

v.

DEBT SOLUTIONS, INC., et al.,

   Defendants.

No. C06-298JLR

ORDER DENYING PLAINTIFF'S MOTION FOR AN *EX PARTE* TEMPORARY RESTRAINING ORDER

This matter comes before the court on the *ex parte* motion of the Federal Trade Commission ("FTC") and the State of Washington for a temporary restraining order (Dkt. # 4). Plaintiffs claim that Debt Solutions, Inc. and the other Defendants named (collectively, "DSI") have engaged in a fraudulent debt relief scheme aimed at enticing consumers to pay between $400 and $700 for DSI's "services," which often constitute nothing more than DSI advising the consumer to pay more toward his or her credit card bills each month. Although Plaintiffs present ample evidence to support their allegations that these Defendants violated federal law, they have presented very little evidence demonstrating the necessity for *ex parte* relief. Accordingly, the Court DENIES Plaintiffs' present *ex parte* motion for a temporary restraining order, but will allow the Plaintiffs papers to remain under seal until March 10, 2006. Plaintiffs may either choose to serve the Defendants, allowing them a chance to respond, or submit a second motion in which they provide better evidentiary support for *ex parte* relief.

ORDER - 1