UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>DEBT SOLUTIONS, INC., et al.,<br><br>           Defendants. | NO.  C06-298JLR<br><br>ORDER |

    This matter comes before the court on Plaintiffs' motion for an expedited hearing on their motion for a temporary restraining order ("TRO") (Dkt. # 11).

    The court GRANTS Plaintiffs' motion, subject to the following instructions.

    The court notes that Plaintiffs have served all Defendants except Jennifer Whalen and Greg Moses.  The court directs Plaintiffs to update the court if they effect service.  The court notes that no Defendant has formally entered an appearance, and thus directs counsel for Plaintiffs to ensure that Defendants are properly served with pleadings and orders in this action, including this order, until Defendants enter an appearance.

    Defendants are ordered to respond in writing to Plaintiffs' motion for a TRO no later than 12:00 p.m. on Friday, March 24, 2006.  Plaintiffs shall not file a reply.  The court will hold a hearing on the motion for TRO on Monday, March 27, 2006 at 2:30 p.m.  The parties

ORDER- 1

1  shall advise the court no later than 3:00 p.m on Thursday, March 23, 2006 if they wish to

2  present live witnesses at the hearing.

3      The court notes that Plaintiffs no longer wish to maintain this action under seal. The

4  court therefore directs the clerk to unseal the record in this action, and to lift the seal from all

5  documents filed to date.

6      Dated this 13th day of March, 2006.

                                                JAMES L. ROBART
                                                United States District Judge

26  ORDER- 2